# DIVIDENDS REMITTED TO THE COURT

Check Number 110 Dated 04/12/11
Case Number 10-15787 - COWDRICK, DAVID H.

| Creditor | Claim No | Amount Allowed | Amount Paid |
|---|---|---|---|
| Eastside Ent. Specialists, Inc.<br>7580 Auburn Road<br>Suite 103<br>Concord, OH 44077 | 000002 | 20.37 | 0.93 CK 110 |
| ---------- Remittance Total ---------- | | 20.37 | 0.93 |

*[signature]*

DAVID O. SIMON, TRUSTEE